**Order entered June 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00338-CV

### IN THE INTEREST OF J.R.I., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-03557-T**

## ORDER

Before the Court is appellant's June 17, 2014 motion for an extension of time to file a brief and for leave to file a supplemental reporter's record of the hearing on the motion for new trial. We **GRANT** appellant's motion. Appellant shall file her brief on or before **July 18, 2014**. The supplemental reporter's record was filed with this Court on June 17, 2014.

/s/      ADA BROWN
         JUSTICE